UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

     v.                      :    CRIMINAL NO. 21-187 (ABJ)

ANTOWAN HAGAN,         :

         Defendant.     :

                         :

**FILED**

APR 2 2 2022

Clerk, U.S. District and
Bankruptcy Courts

## <u>VERDICT FORM</u>

    **COUNT ONE**: With respect to the offense of Unlawful Possession of a Firearm and Ammunition by a Prohibited Person, we the jury find the defendant Antowan Hagan:

_____12_____ Guilty                 _____ Not Guilty